UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HEAL THE BAY, INC. and SANTA MONICA BAYKEEPER, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LISA P. JACKSON, Administrator of the United States Environmental Protection Agency, et al.,<br><br>Defendants. | Case No: C 98-4825 SBA<br><br>**ORDER**<br><br>Docket 49, 59 |

On March 7, 2013, Las Virgenes-Triunfo Joint Powers Authority ("Las Virgenes") filed a motion to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, which was not noticed for hearing. Dkt. 49. Las Virgenes' failure to file a properly noticed motion violates the Civil Local Rules governing motion practice. See Civ. L.R. 7-1(a), 7-2(a), 7-2(b). In general, "[a]ny written request to the Court for an order must be presented by . . . [d]uly noticed motion pursuant to Civil L.R. 7-2." Civ. L.R. 7-1(a). Except as otherwise ordered or permitted by the assigned Judge or the Local Rules, "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Civ. L.R. 7-2(a). A motion must contain, among other things, "notice of the motion, including date and time of hearing" in the first paragraph. Civ. L.R. 7-2(b).

Accordingly,

IT IS HEREBY ORDERED THAT:

1 | 1. Las Virgenes' motion to intervene is DENIED without prejudice to the
2 | refiling of a motion that complies with the Court's Civil Local Rules.
3 | 2. This Order terminates Docket 49 and Docket 59.
4 | IT IS SO ORDERED.

Dated: 3/20/13

                                                  *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge