1
2
3
4
5          UNITED STATES DISTRICT COURT
6       FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                  OAKLAND DIVISION
8

| | |
|---|---|
| HEAL THE BAY, INC. and SANTA MONICA BAYKEEPER, INC., et al.<br><br>       Plaintiffs,<br><br>   vs.<br><br>GINA McCARTHY, Administrator, United States Environmental Protection Agency, et al.,<br><br>       Defendants. | Case No: C 98-4825 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |
| LAS VIRGENES MUNICIPAL WATER DISTRICT - TRIUNFO SANITATION DISTRICT, a Joint Powers Authority,<br><br>       Plaintiffs,<br><br>   v.<br><br>GINA McCARTHY, Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and DOES 1-10, inclusive,<br><br>       Defendants, | Case No: C 14-1392 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The Court previously related the above-captioned actions, pursuant to Civil Local Rule 3-12.[1]  In accordance with the parties' agreement, the Court enters the following briefing schedule in <u>Heal the Bay v. McCarthy</u>, C 98-4825 SBA:

| | |
|---|---|
| 10/14/14: | Motion re subject matter jurisdiction due |
| 12/5/14: | Opposition due |
| 12/29/14: | Reply due |
| 1/27/15: | Motion hearing (1:00 p.m) |

The Court enters the following briefing schedule in <u>Las Virgenes Municipal Water District v. McCarthy</u>, C 14-1392 SBA:

| | |
|---|---|
| 4/7/15: | Dispositive motion re 2013 TMDL due |
| 5/19/15: | Opposition and Cross-Motion due |
| 6/2/15: | Combined Reply and Opposition to Cross-Motion |
| 6/9/15: | Reply in Support of Cross-Motion due |
| 7/7/15: | Motion hearing (1:00 p.m)[2] |

In the event Plaintiff fails to timely file its motion in <u>Heal the Bay</u>, the parties shall meet and confer regarding a revised briefing schedule in <u>Las Virgenes Municipal Water District</u> and submit and stipulation and proposed order, consistent with their agreement.

IT IS SO ORDERED.

Dated:  10-2-14

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] The parties are advised to include the notation "Related to: C-98-4825 SBA" on the caption of each filing in <u>Las Virgenes Municipal Water District v. McCarthy</u>, C 14-1392 SBA.

[2] Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion(s) without oral argument.  The parties are advised the check the Court's website to determine whether an appearance is required.